UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD FUNMAN, ) | Case No. 5:14-cv-03411-PSG |
| ) | |
| Plaintiff, ) | **ORDER REASSIGNING CASE TO A** |
| v. ) | **DISTRICT JUDGE WITH REPORT** |
| ) | **AND RECOMMENDATION THAT** |
| SUSAN WARD, et al., ) | **CASE BE REMANDED AND** |
| ) | **APPLICATION TO PROCEED IN** |
| Defendants. ) | **FORMA PAUPERIS BE** |
| ) | **DENIED-AS-MOOT** |
| ) | |
| ) | **(Re: Docket No. 2 and 4)** |

Before the court are a series of filings which appear to seek leave of this court to (1) remove a state court case and (2) to proceed in forma pauperis. Because the record before the court does not provide the undersigned with an adequate basis to identify the claims and parties in the case,[1] the court cannot say that removal was proper nor can this court assert jurisdiction. Because this court has an independent, ongoing obligation to establish jurisdiction that cannot be waived, remand is warranted.[2] Absent the consent of the parties,[3] the court ORDERS the case reassigned to a district judge with the report and recommendation that the case be remanded.[4]

---

[1] *See* Docket Nos. 1,1-1, 2, 4, 4-1 and 5.

[2] *See LFG Nat'l Capital, LLC v. Alioto*, Case No. 3:13-cv-01930-SI, 2013 WL 3286224, at *2 n.1 (N.D. Cal. June 27, 2013).

1

Case No. 5:14-cv-03411-PSG
ORDER REASSIGNING CASE TO A DISTRICT JUDGE WITH REPORT AND
RECOMMENDATION THAT CASE BE REMANDED AND APPLICATION TO PROCEED IN
FORMA PAUPERIS BE DENIED AS MOOT

**IT IS SO ORDERED.**

Dated: August 7, 2014

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

---

Subject matter jurisdiction, however, cannot be waived, and federal courts have a continuing, independent obligation to determine whether subject matter jurisdiction exists. *See Arbaugh v. Y & H Corp.*, 546 U.S. 500, 514 (2006) (citing *Ruhgras AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999)) ("All courts have an 'independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party.'"); *see also Leeson v. Transamerica Disability Income Plan*, 671 F.3d 969, 975 n.12 (9th Cir. 2012).

[3] This court is ordering reassignment to a district judge because, absent consent of all parties, the undersigned magistrate does not have the authority to make case-dispositive rulings. *See Tripati v. Rison*, 847 F.2d 548, 548-49 (9th Cir. 1988).

[4] The undersigned also recommends that the district judge deny Plaintiff's application to proceed in forma pauperis as-moot.

2
Case No. 5:14-cv-03411-PSG
ORDER REASSIGNING CASE TO A DISTRICT JUDGE WITH REPORT AND RECOMMENDATION THAT CASE BE REMANDED AND APPLICATION TO PROCEED IN FORMA PAUPERIS BE DENIED AS MOOT