UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD FUNMAN, | Case No. C-14-03411-RMW |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| SUSAN WARD, et al., | |
| Defendant. | |

Plaintiff Richard Funman filed several documents before this court which the magistrate judge interpreted as "appear[ing] to seek leave of the court to (1) remove a state court case and (2) to proceed in forma pauperis." *See* Dkt. Nos. 1 (complaint), 2 (first application to proceed in forma pauperis), 4 (second application to proceed in forma pauperis), 5 (notice of removal), and 6 (magistrate judge report and recommendation). On August 7, 2014, the magistrate judge ordered that the case be reassigned to a district judge. Dkt. No. 6. The magistrate judge also issued a report and recommendation that the court remand the case because the court lacks subject matter jurisdiction. *Id*. The magistrate judge also recommended that the court deny as moot plaintiff's applications to proceed in forma pauperis. *Id*. The undersigned subsequently adopted the magistrate judge's report and recommendation and remanded the case. Dkt. No. 14. However, the Superior

1  Court of California rejected the case because it has no record of any state court case. Dkt. No. 19. It
2  appears now that there is no state court case. Funman also listed two state court case numbers on the
3  complaint, neither of which apparently correlate to a state court case. Accordingly, the court adopts
4  the magistrate judge's report and recommendation and dismisses the case for lack of jurisdiction.
5  The complaint does not contain sufficient detail such that the court can determine that it has
6  jurisdiction.

8  Dated: September 30, 2014

   *Ronald M. Whyte*
   RONALD M. WHYTE
   United States District Judge